AO 451 (Rev. 12/12)   Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW HIGH LIMITED, a Hong Kong corporation,<br>_Plaintiff_<br>v.<br>DAVID LALWANI, an individual, et al.<br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 8:22-cv-02328-JLS-KES |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on _(date)_ February 15, 2024.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: SEP 16 2024

CLERK OF COURT

ROLLS ROYCE PASCHAL
_Signature of Clerk or Deputy Clerk_

✓ FILED       ___ RECEIVED
___ ENTERED   ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 03 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

JS-6

1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| NEW HIGH LIMITED, a Hong Kong corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAVID LALWANI, an individual; SEBASTIAN MARIA SCHILDHORN, an individual; and BLIZZARD SA, INC., a California corporation,<br><br>Defendants. | Case No. 8:22-cv-02328-JLS-KES<br><br>**JUDGMENT BY DEFAULT AS TO DEFENDANTS SEBASTIAN MARIA SCHILDHORN AND BLIZZARD SA, INC.** |
|---|---|

I hereby attest and certify on SEP 16 2024
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
ROLLS ROYCE PASCHAL
DEPUTY CLERK

1256

✓ FILED         ___ RECEIVED
___ ENTERED     ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

OCT 03 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

1. WHEREAS, Defaulting Defendants were properly served in this action but have not responded to the Complaint and have not otherwise appeared in this action;

WHEREAS, Plaintiff has met all the conditions necessary for entry of default judgment pursuant to Federal Rules of Civil Procedure 55 and Local Rule 55; and

WHEREAS, Plaintiff is entitled to recover damages comprising the amount of voidable fraudulent transfers made by Navpeak, Inc. to Defaulting Defendants;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that final judgment be entered as follows:

1. In favor of Plaintiff and against Defendant Blizzard in the amount of $134,000, and in favor of Plaintiff and against Defendant Schildhorn in the amount of $100,640, for a total sum of $234,640;

2. For costs of suit as to be determined according to Federal Rule of Civil Procedure 54 and Local Rule 54-2; and

3. For post-judgment interest at the applicable rate.

**IT IS SO ORDERED.**

DATED: February 15, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE